**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1604**

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY,

Petitioner,

versus

VANESSA F. WALKER; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(06-0711)

Submitted: December 17, 2007          Decided: January 22, 2008

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin M. Mason, MASON, MASON, WALKER & HEDRICK, P.C., Newport
News, Virginia, for Petitioner. Gregory E. Camden, Charlene A.
Morring, MONTAGNA KLEIN CAMDEN, LLP, Norfolk, Virginia; Barry H.
Joyner, Mark A. Reinhalter, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of attorney fees pursuant to 33 U.S.C. § 928 (2000). Our review of the record discloses that the Board's decision is without reversible error. Accordingly, we affirm for the reasons stated by the Board. Newport News Shipbuilding & Dry Dock Co. v. Walker, No. 06-0711 (B.R.B. Apr. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED